## IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **WILLIAM JEROME DRINKARD,** | : |
| **Plaintiff,** | : |
| vs. | :   **CIVIL ACTION 12-00268-KD-N** |
| **ROBERT BENTLEY, et al,** | : |
| **Defendants.** | : |

## JUDGMENT

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that this action be and is hereby DISMISSED without prejudice.

DONE this 19th day of June, 2012.

                                                              s/ Kristi K. DuBose
                                                             KRISTI K. DuBOSE
                                                             UNITED STATES DISTRICT JUDGE